United States Bankruptcy Court

Southern District of Mississippi

Oscar,

    Plaintiff

United States Department of Education,

    Defendant

Adv. Proc. No. 26-00001-JAW

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: hna04jaw | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion05.ja.ecf@usdoj.gov | May 18 2026 19:48:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| ust | + Email/Text: ustpregion05.ja.ecf@usdoj.gov | May 18 2026 19:48:00 | United States Trustee, 501 E. Court Street, Ste 6-430, Jackson, MS 39201-5022 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregg Mayer | on behalf of Defendant United States Department of Education gregg.mayer@usdoj.gov rj.mcinnis@usdoj.gov,lacee.t.davis@usdoj.gov,laquinta.hall@usdoj.gov |
| Thomas Carl Rollins, Jr | on behalf of Plaintiff Brina Renette Oscar trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | |

District/off: 0538-3                          User: mssbad                                    Page 2 of 2
Date Rcvd: May 18, 2026                       Form ID: hna04jaw                               Total Noticed: 2

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

TOTAL: 3

Form hna04jaw (07/21)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Brina Renette Oscar**

        **DEBTOR.**

**Brina Renette Oscar**

**VS.**

**United States Department of Education**

**CASE NO. 25‒03252‒JAW**

**CHAPTER 13**

**PLAINTIFF**

**ADV. PROC. NO. 26‒00001‒JAW**

**DEFENDANT**

### NOTICE OF STATUS CONFERENCE

      You are hereby notified that the Court will hold a status conference on August 17, 2026 at 10:00 AM, in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, regarding the above‒styled adversary proceeding.

    Dated: 5/18/26

                        Danny L. Miller, Clerk of Court
                        U.S. Bankruptcy Court
                        Thad Cochran U.S. Courthouse
                        501 E. Court Street
                        Suite 2.300
                        Jackson, MS 39201
                        601‒608‒4600

Courtroom Deputy
601‒608‒4642 (use to advise of settlement)
601‒608‒4693

Parties Noticed:

Thomas Carl Rollins, Jr., Esq., Counsel for the Plaintiff

Gregg Mayer, Esq., Counsel for the Defendant