# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| **BRINA RENETTE OSCAR,** | **Case No.:** 25-03252-JAW |
| **Debtor.** | **Chapter:** 13 |

---

| | |
|---|---|
| **BRINA RENETTE OSCAR** | **PLAINTIFF** |
| **v.** | **Adv. Proc. No.: 26-00001-JAW** |
| **U.S. DEPARTMENT OF EDUCATION** | **DEFENDANT** |

---

## JOINT MOTION TO DISMISS

---

The United States of America, on behalf of the Department of Education, and Brina Renette Oscar, move to dismiss without prejudice the Adversary Complaint filed by Oscar (Dkt. # 1). The parties have conferred in accordance with the guidance from the Department of Justice and the Department of Education regarding the debtor's student loans and respectfully submit to the Court that dismissal of this adversary proceeding without prejudice is appropriate at this time.

Submitted By:

*/s/Gregg Mayer*
Gregg Mayer (MSBN 102232)
Assistant United States Attorney
Southern District of Mississippi

501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
(601) 965-4480 (Phone)
(601) 965-4032 (Fax)
gregg.mayer@usdoj.gov
*Attorney for Defendant Dept. of Education*

Agreed:

*/s/ Thomas C. Rollins, Jr.* (signed w/ permission by GM)
Thomas C. Rollins, Jr. (MSB No. 103469)
The Rollins Law Firm, PLLC
*trollins@therollinsfirm.com*
*Attorney for Plaintiff*

### Certificate of Service

I, Gregg Mayer, hereby certify that, on this date, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notice to all counsel of record.

Dated: August 5, 2026.       *s/ Gregg Mayer*
                             Gregg Mayer
                             Assistant United States Attorney