

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| **BRINA RENETTE OSCAR,** | **Case No.:   25-03252-JAW** |
| **Debtor.** | **Chapter:   13** |

| | |
|---|---|
| **BRINA RENETTE OSCAR** | **PLAINTIFF** |
| **v.** | **Adv. Proc. No.: 26-00001-JAW** |
| **U.S. DEPARTMENT OF EDUCATION** | **DEFENDANT** |

## ORDER GRANTING JOINT MOTION TO DISMISS

This motion comes before the Court on the Joint Motion to Dismiss filed by the Defendant, United States of America and Plaintiff Brina Renette Oscar. Having considered the motion, and finding that the parties both consent to the relief requested, the Court finds that the motion is due to be granted. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Adversary Proceeding shall be dismissed.

##END OF ORDER##

Submitted By:

/s/Gregg Mayer
Gregg Mayer (MSBN 102232)
Assistant United States Attorney
Southern District of Mississippi
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
(601) 965-4480 (Phone)
(601) 965-4032 (Fax)
gregg.mayer@usdoj.gov
*Attorney for Defendant Dept. of Education*

Agreed:

*/s/Thomas C. Rollins, Jr.* (signed w/ permission by GM)
Thomas C. Rollins, Jr. (MSB No. 103469)
The Rollins Law Firm, PLLC
*trollins@therollinsfirm.com*
*Attorney for Plaintiff*